UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:12-cr-504-T-30MAP

REYNALDO ANZUALDA

**PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States' Motion for a Preliminary Order of Forfeiture (Doc. 39), pursuant to 21 U.S.C. § 853 and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, for the following property:

  a.  $85,118.63 in United States currency; and

  b.  Several rounds of 9 mm ammunition.

Pursuant to Rule 32.2(b)(4) and the defendant's Plea Agreement (Doc. 32 at 10), the preliminary order of forfeiture will be final as to the defendant's interest in these assets upon entry.

Being fully advised in the premises, the Court hereby finds that the assets described above were intended to be used to commit, or to facilitate the commission of, the methamphetamine trafficking offense charged in Count One of the Indictment, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B), for which the defendant was convicted. Thus, the United States has established the requisite *nexus* between the property and the offense of conviction. Thus these assets are forfeitable under 21 U.S.C. § 853(a)(2). Accordingly, it is hereby

ORDERED that for good cause shown, said Motion (Doc. 39) of the United States is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853(a)(2) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, the assets identified above are hereby FORFEITED to the United States for disposition according to law.

The Court retains jurisdiction to entertain any third party claims that may be asserted in these proceedings, and to enter any further orders necessary for the forfeiture and disposition of such property.

**DONE** and **ORDERED** in Tampa, Florida on July 8, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Parties of Record

F:\Docs\2012\12-cr-504.forfeit 39.wpd